13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FILED
CLERK'S OFFICE
NOV 19 2026
U.S DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 NIKOLAS JAMES CLARK, and
D-2 SAVANNAH ROSE EHLENDT,

Defendants.

Case No. 26-cr-20627

HON. ROBERT J. WHITE
United States District Judge

Violations:
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 1470
18 U.S.C. § 2251(b)
18 U.S.C. § 371

---

# FIRST SUPERSEDING INDICTMENT

---

## THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 2251(a) and (e)
*Attempted Sexual Exploitation of Children*

**D-1 Nikolas James Clark**

On or about July 22, 2026, in the Eastern District of Michigan, the defendant, Nikolas James Clark, knowingly attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such

visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

18 U.S.C. § 2422(b)

*Attempted Coercion and Enticement of a Minor*

**D-1 Nikolas James Clark**

On or about July 22, 2026, in the Eastern District of Michigan, the defendant, Nikolas James Clark, used a facility and means of interstate and foreign commerce, that is, the Internet, to knowingly attempt to persuade, induce, entice, and coerce a minor who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense, that is, sexual exploitation of children, which is a criminal offense in violation of 18 U.S.C. § 2251(a) and (e), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

18 U.S.C. § 2252A(a)(5)(B)

*Possession and Access with Intent to View Child Pornography*

**D-1 Nikolas James Clark**

Between on or about July 6, 2026, and on or about July 28, 2026, in the Eastern District of Michigan, the defendant, Nikolas James Clark, knowingly possessed and accessed with intent to view child pornography, as defined in 18 U.S.C. § 2256(8)(A), which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce, and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT FOUR

18 U.S.C. § 1470

*Transfer of Obscene Material to a Minor*

**D-1 Nikolas James Clark**

Between February 2025 and July 2026, in the Eastern District of Michigan, the defendant, Nikolas James Clark, by means of interstate commerce, knowingly transferred obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNT FIVE

18 U.S.C. § 2251(b) and (e)

*Sexual Exploitation of a Minor by a Parent or Guardian*

**D-2 Savannah Rose Ehlendt**

Between on or about February 25, 2023, and on or about March 21, 2026 in the Eastern District of Michigan, the defendant, Savannah Rose Ehlendt, being the parent of a minor, knowingly permitted the minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(b).

## COUNT SIX

18 U.S.C. § 2422(b) and 18 U.S.C. § 2

*Attempted Coercion and Enticement of a Minor*

**D-1 Nikolas James Clark**
**D-2 Savannah Rose Ehlendt**

Beginning on or about February 13, 2025, and continuing through on or about April 19, 2026, in the Eastern District of Michigan, the defendants, Nikolas James Clark and Savannah Rose Ehlendt, used a facility and means of interstate and foreign commerce, to attempt to knowingly persuade, induce, entice, and coerce MV-1, a minor who had not attained the age of 18 years, to engage in sexual activity for which a person could be charged with a criminal offense, that is, criminal sexual conduct in the second degree, which is a criminal offense in violation of M.C.L. § 750.520c, and child sexually abusive activity, which is a criminal offense in violation of M.C.L. § 750.145c, all in violation of Title 18, United States Code, Section 2422(b) and Title 18, United States Code, Section 2.

## COUNT SEVEN

18 U.S.C. § 371

*Conspiracy to Commit an Offense*

**D-1 Nikolas James Clark**
**D-2 Savannah Rose Ehlendt**

Beginning on or about February 13, 2025, and continuing through on or about April 19, 2026, in the Eastern District of Michigan, the defendants, Savannah Rose Ehlendt and Nikolas Clark, knowingly and intentionally conspired with each

other and with other persons known and unknown, to commit violations of Title 18, United States Code, Section 2422(b), that is, to coerce and entice MV-1, an individual under the age of 18, to engage in unlawful sexual activity, all in violation of Title 18, United States Code, Sections 371 and 2422(b).

In furtherance of this conspiracy and to achieve its objectives, the defendants committed the following overt acts, among others, in the Eastern District of Michigan:

a. Beginning on or about February 14, 2025, and continuing through on or about February 15, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate and execute plans for Nikolas James Clark to pick up MV-1 from Savannah Rose Ehlendt's custody and spend time alone with MV-1 in Nikolas James Clark's car.

b. On or about February 17, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate and execute plans for Nikolas James Clark to pick up MV-1 from Savannah Rose Ehlendt's custody and spend time alone with MV-1 in Nikolas James Clark's car.

c. On or about February 20, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message for Savannah Rose Ehlendt to offer to talk to MV-1 about problems Nikolas James Clark was having

interacting with MV-1, and to assist Nikolas James Clark with resolving those issues with MV-1.

d. On or about February 22, 2025, Savannah Rose Ehlendt communicated via text message with Nikolas James Clark, who was in his car alone with MV-1, so that he could spend time alone with MV-1 in Savannah Rose Ehlendt's house instead of his car.

e. On or about February 27, 2025, Savannah Rose Ehlendt communicated via text message with Nikolas James Clark to coordinate Nikolas James Clark spending time alone with MV-1 in his car and in Savannah Rose Ehlendt's house, with Savannah Rose Ehlendt stating to Nikolas James Clark that MV-1 "smells like a boy," and telling Nikolas James Clark, "my daughter smells like you lol," and later telling Nikolas James Clark "ik you guys prob do some stuff idk exactly what but [MV-1] is so obsessed with you."

f. On or about March 1, 2025, Savannah Rose Ehlendt communicated via text message with Nikolas James Clark to coordinate Nikolas James Clark picking up MV-1 at Meijer to spend time alone with MV-1 at Nikolas James Clark's residence for "almost 24 hours," and to coordinate when Nikolas James Clark would bring MV-1 back to Savannah Rose Ehlendt's residence.

g. On or about March 7, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate and execute plans for Nikolas James Clark to pick up MV-1 from Savannah Rose Ehlendt's custody and spend time alone with MV-1 in Nikolas James Clark's car.

h. On or about Mach 9, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate and execute plans for Nikolas James Clark to pick up MV-1 from Savannah Rose Ehlendt's custody and spend time alone with MV-1 during Nikolas James Clark's spring break, with Savannah Rose Ehlendt telling Nikolas James Clark, "Take her" and "She's all yours."

i. On or about March 12, 2025, and continuing through on or about March 13, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate and execute plans for Nikolas James Clark to pick up MV-1 from Savannah Rose Ehlendt's custody and spend time alone with MV-1, and to coordinate Nikolas James Clark returning MV-1 to Savannah Rose Ehlendt's residence.

j. On or about March 22, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate Nikolas James Clark returning MV-1 to her home after spending time alone with Nikolas James Clark.

k. On or about March 25, 2025. and continuing through on or about March 28, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate and execute plans for Nikolas James Clark to take MV-1 in order to have a "sleepover," and to spend time alone with MV-1 for two days, with Savannah Rose Ehlendt stating to Nikolas James Clark that MV-1 packed "see through underwear" for her stay with Nikolas James Clark and later asking Nikolas James Clark, "you guys are not having sex correct," and stating "Like I said I'm not dumb I know stuff goes on, but I just had to make sure of that" and encouraging Nikolas James Clark to "lay on [MV-1's] lap and tell her to play with you[r] hair there's something about like rubbing and playing with hair that is like soothing to her. She would be so happy."

l. On or about March 29, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message about Nikolas James Clark's interactions with MV-1, with Savannah Rose Ehlendt telling Nikolas James Clark, "Well I'm glad I can help you. I know how [MV-1] is with stuff like that."

m. On or about April 1, 2025, and continuing through on or about April 3, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated

via text message to coordinate Nikolas James Clark taking MV-1 to lacrosse practice.

n. On or about April 6, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate Nikolas James Clark taking MV-1 to the movie theatre.

o. On or about April 13, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate Nikolas James Clark taking MV-1 to Meijer.

p. On or about April 21, 2025, Savannah Rose Ehlendt and Nikolas James Clark communicated via text message to coordinate Nikolas James Clark spending time alone with MV-1.

## FORFEITURE ALLEGATION
## (18 U.S.C. § 2253)

Nikolas James Clark, upon conviction of Counts One, Two, Three, Four, Six and/or Seven alleged in this Indictment, and Savannah Rose Ehlendt, upon conviction of Counts Five, Six, and/or Seven alleged in this Indictment, shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

1. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant

1. cannot be located upon the exercise of due diligence;

2. has been transferred to, sold to, or deposited with a third party;

3. has been placed beyond the jurisdiction of this Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above-described forfeitable property.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Chief, Branch Offices

s/CHRISTOPHER W. RAWSTHORNE
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
Christopher.Rawsthorne@usdoj.gov
P84401

Dated: November 19, 2026

s/KATHERINE BOOTHROYD
KATHERINE BOOTHROYD
Assistant United States Attorney
Katherine.Boothroyd@usdoj.gov
P85881

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>26-CR-20627 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

FILED
CLERK'S OFFICE
NOV 19 2026
U.S DISTRICT COURT
EASTERN MICHIGAN

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☑ No | **AUSA's Initials:** Cwr |

**Case Title:** USA v. Nikolas James Clark & Savannah Rose Ehlendt

**County where offense occurred :** Saginaw

**Check One:** ☑ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ____________]
_X_Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** 26-CR-20627 **Judge:** Robert J. White

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☑ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Savannah Rose Ehlendt | 18 U.S.C. § 2251(b)<br>18 U.S.C. § 2422(b) and<br>18 U.S.C. § 2 | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 19, 2026
Date

Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
P84401

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.